UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

CASE NO. 06-80197-CR-RYSKAMP/Hopkins

UNITED STATES OF AMERICA,
      Plaintiff,

vs.

JUNG KIM,
    Defendant.
_____/

## DEFENDANT JUNG KIM'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW the Defendant, JUNG KIM, by and through undersigned appointed counsel, pursuant to Rule 32, Federal Rules of Criminal Procedure, and respectfully files his objections to the Presentence Investigation Report, as follows:

## OFFENSE LEVEL COMPUTATION

Defendant objects to paragraph 32 of the PSI wherein the probation office suggests a two level increase "because the offense involved sophisticated means." As set forth in the PSI, the gravamen of the offense whereby the fraud was committed, at least on behalf of this defendant, was the posting of bogus earnings for trades that either were not consummated or did not reflect the true earnings.

Based on this defendant's actions, the means of enticing future investors (disseminating false figures for investment returns) is simply not "sophisticated" conduct and thus the offense level should not be increased based thereon.

## FACTUAL OBJECTIONS NOT EFFECTING GUIDELINES COMPUTATION BUT NEVERTHELESS WARRANT CORRECTION

Defendant requests paragraph 7 be corrected to accurately reflect (4th sentence): "The bank accounts were controlled by Won Lee, Yung Bae Kim and Ronald Kochman." Although Defendant was a signatory on the business accounts, they were not controlled by him and he never signed checks or moved the money in the accounts. That was done by Won Lee and Young Kim.

Defendant requests paragraph 8 be amended to accurately reflect that (2nd sentence): "Between 1999 and 2003, Ronald Kochman, John Kim and Won Lee organized a group of six hedge funds...."

Paragraph 9 (1st sentence) should be corrected to accurately reflect that: "...Shoreland Trading ...was...controlled by Won Lee."

Paragraph 11 (1st sentence) should be amended to correctly reflect that: "The Fund disclosed that investments would be made in highly volatile, risky and speculative equities trading." Further, the 3rd sentence should be corrected to accurately reflect that: "Based on the false claims, investors...provided...sums of money to the Fund for investment...." No monies were ever given to Defendant personally.

Defendant requests that paragraph 13 (3rd sentence) be clarified to accurately reflect that: "Won Lee, Yung Bae Kim and Andy Byun uploaded false data...."

Paragraph 15 (1st sentence) should be amended to accurately reflect that: "After The Fund was established, in 2004 the investors' money was spent...."

Paragraph 17 (last sentence) should be corrected to reflect that: "Kochman...was...compensated by Won Lee for the referrals."

Paragraph 19 (last sentence) should be corrected to accurately reflect that: "...the accountant was required to accept ...records only from Won Lee or Yung Bae Kim or LL employees designated by them."

Paragraph 20 (last sentence) should be corrected to reflect that: "...Won Lee extracted information and provided counterfeit documents...."

Paragraph 23 should reflect that John Kim and Won Lee set up the hedge funds and that it was not until after September 11, 2001, that everything started to go bad and numbers were then fudged to entice new investors as a means to keep the fund going until returns could be turned around.

Regarding paragraph 26 and the stated amount of losses, Defendant is without knowledge as to the amount since no victim list was included as part of his PSI. Therefore, the defense requests this information be provided for review.

WHEREFORE, based on the above and foregoing, the Defendant respectfully submits these objections to the PSI and will further submit argument for the imposition of a *reasonable sentence* herein.

                                               _/s/*Michael G. Smith*_____
                                               MICHAEL G. SMITH, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 7, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notices Of Electronic Filing generated by CM/ECF.

_/s/*Michael G. Smith*_____

MICHAEL G. SMITH, ESQ.
Smithlawdefend@aol.com
AutoNation Tower, Suite 1970
110 Southeast Sixth Street
Fort Lauderdale, FL 33301
(954) 761-7201 - Office
(954) 764-2443 - Fax
Florida Bar No. 265802