UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. CASE NO. 06-CR-80197-UU

**UNITED STATES OF AMERICA,**

   **vs.**

**JUNG BAE KIM, AKA JOHN KIM, et al.,**

   **DEFENDANT.**

_____/

**UNITED STATES' MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES TO JUNG BAE KIM'S MOTION FOR MODIFICATION**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests leave of the Court to file a 22-page response to Jung Bae Kim's Motion to Reduce Sentence. In support of this motion, the United States asserts:

On August 18, 2020, Jung Bae Kim filed a Motion to Reduce Sentence, requesting compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i)  Jung Bae Kim's prose motion and attached exhibits contains a number of arguments. The United States was unable to thoroughly respond to all these issues without exceeding the 20-page limitation set forth in Rule 7.1C2 of the Local Rules for the United States District Court for the Southern District of Florida. The extra pages were necessary to analyze these issues.

The United States' response is approximately 22 pages. The United States respectfully submits that the additional pages will assist the Court in reaching a just resolution in this case. The undersigned did not obtain Defendant's position on the motion because he is an incarcerated

1

defendant proceeding pro se.

Wherefore, the United States respectfully requests that this Court grant its motion for leave to file a 22-page response.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *s/Tierrel M. Mathis*
      Tierrel M. Mathis
      Assistant United States Attorney
      Special Bar ID#: A5502635
      99 NE 4th St, Suite 507
      Miami, Florida 33132
      99 NE 4th St, Suite 500
      (305) 961-9275
      Tierrel.Mathis@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 1, 2020, the foregoing *United States' Motion for Leave to File Response in Excess of 20 Pages to Kim's Motion to Reduce Sentence* was electronically filed with the Clerk of the Court using CM/ECF, and a copy was mailed on this date to Jung Bae Kim, Reg. No. 75858-004, Federal Correctional Complex- Allenwood Low, P.O. Box 1000, Harrisburg, Pa. 17887.

By:   *s/Tierrel M. Mathis*
      Tierrel M. Mathis
      Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. CASE NO. 06-CR-80197-UU

**UNITED STATES OF AMERICA,**

vs.

**JUNG BAE KIM, AKA JOHN KIM, et al.,**

**DEFENDANT.**

_____/

### ORDER GRANTING GOVERNMENT'S MOTION REQUESTING LEAVE TO FILE RESPONSE IN EXCESS OF 20 PAGES

This matter comes before the Court upon the government's motion for leave to file a 22-page response to Jung Bae Kim's Motion for Modification. The Court being fully apprised in the premises, orders that the motion is hereby GRANTED.

DONE AND ORDERED in chambers, in Miami, Florida, this 1st day of September, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:   Jung Bae Kim, pro se

   Tierrel M. Mathis, AUSA